IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEON PATTERSON,

    Petitioner,                      JUDGMENT IN A CIVIL CASE

    v.                                    Case No.  16-cv-571-bbc

UNITED STATES OF AMERICA,

    Defendant.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Petitioner Leon Patterson's Motion to Vacate Sentence per 28 USC 2255 for his failure to show any error in the calculation of his criminal history points.

      s/V. Olmo Deputy Clerk            11/7/2016
    Peter Oppeneer, Clerk of Court           Date