NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT FROM A JUDGMENT OF THE UNITED STATES DISTRCIT COURT FOR THE WESTERN DISTRICT OF WISCSONSIN
_____

LEON PATTERSON,

                *Petitioner-Appellant*,

vs.                              Case No.      3:16-CV-571

UNITED STATES OF AMERICA,

                *Respondent-Appellee*.
_____

Leon Patterson, by counsel, herby gives notice pursuant to Fed. R. App. P. 3(c) and 4(a)(1)(B), that he appeals the order denying his petition under 28 U.S.C. § 2255, which was imposed on April 6, 2018, in the United States District Court for the Western District of Wisconsin, the Honorable James D. Peterson presiding. Mr. Patterson takes this appeal to the United States Court of Appeals for the Seventh Circuit.

The district court issued a certificate of appealability pursuant to 28 U.S.C. 2253 and Fed. R. App. P. 22(b), authorizing this appeal, in the same order denying the § 2255 petition.

With this notice of appeal, Mr. Patterson also files the docketing statement required by Circ. Rule 3 (7th Cir.), combined with a Cir Rule 26.1 disclosure statement.

Finally, Mr. Patterson also requests to proceed *in forma pauperis* on appeal. He is eligible to do so, pursuant to Fed. R. App. P. 24(a)(3), having been represented by in this matter in district court by counsel appointed through the CJA.

Dated at Madison, Wisconsin, May 8, 2018.

Leon Patterson, Defendant
By Attorney Nathan T. Otis


BY: _____/s/_____
NATHAN T. OTIS
Nicholson, Gansner & Otis, S.C.
22 E. Mifflin St., Suite 90
Madison, Wisconsin 53703
(608) 237-6854 (Phone)
(608) 819-8273 (Fax)