IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEON PATTERSON,

                           Petitioner,                          ORDER

   v.

                                                                16-cv-571-jdp

UNITED STATES OF AMERICA,                        15-cr-71-jdp

                           Respondent.

---

On April 6, 2018, I dismissed petitioner Leon Patterson's motion for postconviction relief under 28 U.S.C. § 2255, and granted him a certificate of appealability. Dkt. 14. Patterson has filed a notice of appeal and a request to proceed on appeal *in forma pauperis*, Dkt. 16.

A defendant who is found eligible for court-appointed counsel in the district court may proceed on appeal *in forma pauperis* without further authorization unless the district court certifies that the appeal is not taken in good faith or that the party is otherwise not entitled to proceed in forma pauperis on appeal. *See* Fed. R. App. P. 24(a)(3). An appeal is taken in good faith if "a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000). I do not find petitioner's appeal is taken in bad faith.

ORDER

IT IS ORDERED that petitioner Leon Patterson's motion to proceed *in forma pauperis* on appeal is GRANTED.

Entered May 15, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge